# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

**Honorable** Pamela S. Hollis  **Date** December 6, 2011

**Bankruptcy Case No.** 11 B 31854  **Adversary No.**

**Title of Case** Lydale M. Watts

**Brief Statement of Motion** Court's Motion to Dismiss for Failure to Pay Filing Fee

**Names and Addresses of moving counsel**

**Representing**

# ORDER

This matter coming to be heard on the Court's motion for dismissal for failure to pay the filing fees, It is Hereby Ordered that the debtor, Lydale M. Watts, is given until January 26, 2012 to pay the remaining balance of $224.25 of the filing fee.

Status on the court's motion is continued to January 26, 2012 at 10:30 a.m. in Courtroom 644.

*/s/ Pamela S. Hollis*